S. FRANK HARRELL (SBN 133437)
sharrell@lynberg.com
JESSE K. COX (SBN 285218)
jcox@lynberg.com
DELANEY N. KENNEDY (SBN 345397)
dkennedy@lynberg.com
**LYNBERG & WATKINS**
A Professional Corporation
1100 W. Town & Country Road, Suite #1450
Orange, California 92868
(714) 937-1010 Telephone
(714) 937-1003 Facsimile

Attorneys for Defendant COUNTY OF ORANGE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYED RAZA HUSSAIN,<br><br>            Plaintiff,<br><br>      vs.<br><br>COUNTY OF ORANGE, a governmental entity; LAURIE SCHWARTZ, individually, DOES 1-10, individually,<br><br>            Defendants. | CASE NO. 8:22-cv-02100 DOC (KESx)<br><br>*Assigned to: Hon. David O. Carter – Courtroom 10A*<br><br>**NOTICE OF SETTLEMENT**<br><br>Complaint filed: November 17, 2022<br><br>First Amended Complaint filed: May 6, 2024<br><br>Trial Date: February 18, 2025 |

**NOTICE OF SETTLEMENT**

**TO THE HONORABLE COURT**:

Plaintiff SYED RAZA HUSSAIN and Defendants COUNTY OF ORANGE and LAURIE SCHWARTZ, by and through their respective counsel of record, hereby provide notice to the Court, consistent with Local Rules 16-15.7 and 40.2, that the parties have conditionally settled this matter with respect to all claims for relief, inclusive of attorney's fees, costs, and liens.  The settlement is contingent upon review and approval by the Orange County Board of Supervisors.  At present, the parties are working on a Settlement Agreement and General Release ("Agreement").  If settlement is approved, the parties will execute the Agreement and arrange for disbursement of settlement funds.  Once the settlement funds are received by Plaintiffs' counsel, the parties will file a Rule 41 Stipulation for Dismissal with Prejudice.

In light of the foregoing, the parties jointly request that all upcoming court dates in this matter be vacated, including the parties' Final Pretrial Conference and trial date.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

**NOTICE OF SETTLEMENT**

1  So as to permit the parties sufficient time to allow this matter to be considered

2  by the Orange County Board of Supervisors and, if approved, to consummate the

3  settlement, the parties further request that the Court set a Status Conference and/or

4  Order to Show Case re Dismissal/Settlement approximately 90 days from today's

5  date to assess any need for the Court's jurisdiction over this matter.

6  DATED:  August 15, 2024                    Respectfully submitted,

7                                              **LYNBERG & WATKINS**

8
9  By: */s/ Jesse K. Cox[1]*
   **S. FRANK HARRELL**
10 **JESSE K. COX**
   **DELANEY N. KENNEDY**
11 Attorneys for Defendant
   COUNTY OF ORANGE

12
13 DATED:  August 15, 2024                    **COLLINS + COLLINS**

14
15 By: */s/ Michael L. Wroniak*
   **MICHAEL L. WRONIAK**
16 Attorneys for Defendant
   LAURIE SCHWARTZ

17 DATED:  August 15, 2024                    **THE SEHAT LAW FIRM**

18
19 By: */s/ Cameron Sehat*
   **CAMERON SEHAT**
20 Attorneys for Plaintiff
   SYED RAZA HUSSAIN

21

22

23

24

25

26 [1] Pursuant to California Central District Local Rule 5-4.3.4, all other
27 signatories listed, and on whose behalf the filing is submitted, concur in the
   filing's content and have authorized the filing.
28                                              2

**NOTICE OF SETTLEMENT**