UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYED RAZA HUSSAIN,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>COUNTY OF ORANGE, a governmental entity; LAURIE SCHWARTZ, individually, DOES 1-10, individually,<br><br>　　　　Defendants. | CASE NO. 8:22-cv-02100 DOC (KESx)<br><br>*Assigned to: Hon. David O. Carter – Courtroom 10A*<br><br>**ORDER FOR DISMISSAL OF INDIVIDUAL DEFENDANT WITHOUT PREJUDICE (<u>FED. R. CIV. PROC.</u> <u>41(a)(1)</u>)** |

1

# ORDER

Pursuant to the Stipulation for Dismissal of Individual Defendant LAURIE SCHWARTZ without Prejudice (Fed. R. Civ. Proc. 41(a)(1)) by and between Plaintiff SYED RAZA HUSSAIN ("Plaintiff") and Defendants COUNTY OF ORANGE and LAURIE SCHWARTZ (collectively "Defendants"), and good cause appearing, the Court approves the parties' Stipulation and orders as follows:

1. Each, every, and all Causes of Action in Plaintiff's operative First Amended Complaint (Dkt. 30) asserted against Defendant LAURIE SCHWARTZ are dismissed in their entirety and without prejudice.

2. Plaintiff SYED RAZA HUSSAIN and Defendant LAURIE SCHWARTZ are each responsible for their respective costs of suit and attorneys' fees and any other costs or obligations which they may each have incurred as a result of the Claims for Relief asserted by Plaintiff.

3. This Order does not affect any of the Claims for Relief in the operative First Amended Complaint (Dkt. 30) by Plaintiff against remaining Defendant COUNTY OF ORANGE, nor does it affect Defendant COUNTY OF ORANGE'S rights in this litigation as regards Plaintiff.

**IT IS SO ORDERED**.

DATED: September 20, 2024

*/s/ David O. Carter*

**HON. DAVID O. CARTER**
United States District Judge