THE SEHAT LAW FIRM, PLC
Cameron Sehat, Esq. (SBN 256535)
5100 Campus Drive, Suite 200
Newport Beach, CA
Telephone: (949) 825-5200
Facsimile: (949) 313-5001
Email: cameron@sethatlaw.com

Attorney for Plaintiff, Syed Raza Hussain

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYED RAZA HUSSAIN,<br><br>　　　　　　Plaintiff,<br>　vs.<br><br>COUNTY OF ORANGE, a governmental entity; LAURIE SCHWARTZ, individually, DOES 1-10, individually,<br><br>　　　　　　Defendants. | CASE NO. 8:22-cv-02100 DOC (KESx)<br>*Assigned to: Hon. David O. Carter – Courtroom 10A*<br><br>**ORDER RE STIPULATION TO DISMISS (FED. R. CIV. P. 41(a)(1)(A)(ii) [60]** |

## ORDER

The Court, having reviewed the parties' Stipulation of Dismissal Pursuant to Fed. R. Civ. P 41 (a)(1)(A)(ii), HEREBY ORDERS that this action is DISMISSED WITH PREJUDICE pursuant to Fed. R. Civ. P 41 (a)(1)(A)(ii). The parties shall bear their own costs, fees, and expenses.

**IT SO ORDERED.**

Dated: November 14, 2024

*David O. Carter*

**HON. DAVID O. CARTER**
UNITED STATES DISTRICT JUDGE